UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TERESA MARTINEZ,<br><br>　　　　　　Defendant. | Case No.: ED16-0330M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).　This finding is based on the following:

　　　(X)　information in the Pretrial Services Report and Recommendation

1

| | | |
|---|---|---|
| 1 | (X) | information in the violation petition and report(s) |
| 2 | (X) | the defendant's nonobjection to detention at this time |
| 3 | ( ) | other:_____ |
| 4 | and/ or | |
| 5 | B. (X) | The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following: |
| 9 | (X) | information in the Pretrial Services Report and Recommendation |
| 10 | (X) | information in the violation petition and report(s) |
| 11 | (X) | the defendant's nonobjection to detention at this time |
| 12 | ( ) | other: _____ |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 27, 2016

_____
KENLY KIYA KATO
United States Magistrate Judge

2